of order denying leave to proceed *in forma pauperis* [*ante,* p. 804] denied.

No. 05–565.   IN RE SMITH; and
No. 05–7426.   IN RE LAWRENCE.   Petitions for writs of habeas corpus denied.

No. 05–7749 (05A481).   IN RE NANCE.   Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.   Petition for writ of habeas corpus denied.   JUSTICE STEVENS, JUSTICE SOUTER, and JUSTICE GINSBURG would grant the application for stay of execution.

No. 05–386.   IN RE DUNN ET AL.;
No. 05–522.   IN RE DUNN;
No. 05–6538.   IN RE HICKMON;
No. 05–6608.   IN RE GREEN; and
No. 05–6659.   IN RE ALEX.   Petitions for writs of mandamus denied.

No. 05–7750 (05A482).   IN RE NANCE.   Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.   Petition for writ of mandamus denied.

No. 05–366.   IN RE SMITH;
No. 05–6647.   IN RE SILVA; and
No. 05–6814.   IN RE SILVA.   Petitions for writs of mandamus and/or prohibition denied.

No. 05–6656.   IN RE BEAVER.   Petition for writ of prohibition denied.

No. 04–433.   ANZA ET AL. *v.* IDEAL STEEL SUPPLY CORP. C. A. 2d Cir.   Certiorari granted.

No. 05–130.   EBAY INC. ET AL. *v.* MERCEXCHANGE, L. L. C. C. A. Fed. Cir.   Certiorari granted.   In addition to the question presented by the petition, the parties are directed to brief and argue the following question: "Whether this Court should reconsider its precedents, including *Continental Paper Bag Co.* v. *Eastern Paper Bag Co.,* 210 U. S. 405 (1908), on when it is appropriate